UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | (One Count) |
| Plaintiff, | ) | |
| | ) | Cause Number: 3:20CR53 |
| v. | ) | |
| | ) | |
| RONYA PHILLIPS, | ) | 18 U.S.C. § 152(3) |
| | ) | |
| Defendant. | ) | |

FILED 2020 JUL -2 AM 10:25 U.S. DISTRICT COURT CLERK NORTHERN DISTRICT OF INDIANA

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**GENERAL ALLEGATIONS**</u>

1. At all times relevant to this Information,

　　a. Chapter 7 of the United States Bankruptcy Code (Title 11 of the United States Code) provided persons (known as "debtors") with an opportunity to obtain a fresh financial start through the elimination of their debts.

　　b. The Bankruptcy Code required that a debtor file under penalty of perjury with the Bankruptcy Court a petition, supporting schedules, and a statement of financial affairs disclosing, among other

1

things, the debtor's property, transfers of property, income, creditors, and debts.

    d. Bankruptcy Petition Preparers were persons, other than attorneys and their employees, who prepared documents for filing in bankruptcy cases on behalf of debtors and who were compensated for those services by the debtors.

    e. The Bankruptcy Code required Bankruptcy Petition Preparers to sign and print their names and addresses on all documents they prepared for filing in bankruptcy cases. The Bankruptcy Code further required all Bankruptcy Petition Preparers to disclose on any bankruptcy petition they prepared all fees they had received from the debtors within 12 months prior to the filing of the petition, and any unpaid fees charged to the debtors.

2. At all times material to this Information, the defendant, RONYA PHILLIPS, functioned as a Bankruptcy Petition Preparer.

3. PHILLIPS prepared bankruptcy petitions and other documents for debtors who filed cases in the United States Bankruptcy Court for the Northern District of Indiana.

4. PHILLIPS was not a licensed attorney.

## COUNT 1

**(False Statement Under Penalty of Perjury in Bankruptcy Case – 18 U.S.C. § 152(3))**

5. The allegations of paragraphs 1 through 4 of this Information are hereby re-alleged and incorporated.

6. On or about January 26, 2018, in the Northern District of Indiana,

RONYA PHILLIPS,

defendant herein, knowingly and fraudulently made a material false declaration, certificate and verification under the penalty of perjury, as permitted under Section 1746 of Title 28, in and in relation to a case under Title 11, *In re Ryan and Rodesha Wildrick*, Case No. 18-30081, in the United States Bankruptcy Court for the Northern District of Indiana, by submitting a Form 2800, "Disclosure of Compensation of Bankruptcy Petition Preparer", in which PHILLIPS knowingly and fraudulently misstated that her compensation for services rendered on behalf of the debtors was $150, when in actuality, her compensation was $300.

In violation of 18 U.S.C. § 152(3).

DATED:   June 30, 2020

                              THOMAS L. KIRSCH, II
                              UNITED STATES ATTORNEY

                By:   /s/ *Luke N. Reilander*
                          Luke N. Reilander
                          Assistant United States Attorney